UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
GRAZIAN, CYNTHIA                    §    Case No. 10-02309
                                    §
              Debtor(s)             §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Phillip D. Levey_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-02309 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GRAZIAN, CYNTHIA | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | | | | 341(a) Meeting Date: | 02/22/10 |
| For Period Ending: | 11/16/12 | | | Claims Bar Date: | 08/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1100 N. Lake Shore Dr., Unit 33B&C, Chicago, IL | 2,100,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD FURNISHINGS | 500.00 | 27,000.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Books, Pictures & Art | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. JEWELRY | 2,000.00 | 7,925.00 | | 9,000.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. American Funds IRA - #1 | 2,069.93 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. American Funds IRA - #2 | 2,069.93 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. 401(k) | 105,119.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 8% interest - ISB Holding Company | Unknown | 0.00 | | 0.00 | FA |
| 13. Disability Benefits | 10,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. Unemployment Compensation Benefits | 2,260.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. Income Tax Refunds (u) | 0.00 | 0.00 | | 240,226.84 | FA |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                                                         Ver: 17.00b

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 10-02309 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | GRAZIAN, CYNTHIA | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | | | | 341(a) Meeting Date: | 02/22/10 |
| | | | | Claims Bar Date: | 08/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. Sail Boat (u) | 0.00 | 0.00 | | 6,000.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.09 | Unknown |
| 18. Trustee v. Elmore (u) | Unknown | 0.00 | | 44,600.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,226,048.86 | $34,925.00 | | $299,830.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 10-02309 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GRAZIAN, CYNTHIA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2747 Checking |
| Taxpayer ID No: | *******3247 | | |
| For Period Ending: | 11/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 294,391.33 | | 294,391.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 294,391.33 | 0.00 | 294,391.33 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 294,391.33 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals    294,391.33    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 17.00b

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-02309 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | GRAZIAN, CYNTHIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5782 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/11 | 15 | Grazian & Volpe | Income Tax Refund | 1224-000 | 53,677.32 | | 53,677.32 |
| 02/21/11 | 15 | Grazian & Volpe, PC | Income Tax Refund | 1224-000 | 125,925.14 | | 179,602.46 |
| 02/21/11 | | Yachts, Inc. | Sale of Sail Boat | | 3,414.60 | | 183,017.06 |
| | 16 | YACHTS, INC. | Memo Amount:        6,000.00 | 1229-000 | | | |
| | | | Sale of Sail Boat | | | | |
| | | YACHTS, INC. | Memo Amount:    (    1,000.00 ) | 2990-000 | | | |
| | | | Commission on Sale of Sail Boat | | | | |
| | | CROWLEY'S YACHT YARD | Memo Amount:    (    1,585.40 ) | 4210-000 | | | |
| | | | Maritime Lien for Services | | | | |
| 02/28/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 183,017.42 |
| 03/02/11 | 18 | PNTN, Inc. | SETTLEMENT | 1241-000 | 44,600.00 | | 227,617.42 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 138.95 | 227,478.47 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.86 | | 227,480.33 |
| 04/27/11 | 15 | Grazian & Volpe PC | Income Tax Refund-2008 | 1224-000 | 40,976.79 | | 268,457.12 |
| 04/29/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.87 | | 268,458.99 |
| 05/08/11 | 000102 | Crowley's Yacht Yard Lakeside, LLC | Outstanding Invoice Re Boat Cradle | 4210-000 | | 400.00 | 268,058.99 |
| | | 3434 East 95th Street | Debtor's spouse advised me via e-mail that debtor | | | | |
| | | Chicago, IL  60617 | owned boat cradle. After sale of boat and cradle to | | | | |
| | | | third party, Crowley's Yacht Yard Lakeside, LLC | | | | |
| | | | advised me that it was sold on an installment basis | | | | |
| | | | and that there was a $400.00 balance due Crowely's | | | | |
| | | | on the purchase. | | | | |
| 09/29/11 | 15 | Grazian & Volpe | Tax Refund-Illinois 2008 | 1224-000 | 4,156.58 | | 272,215.57 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 345.73 | 271,869.84 |
| 11/06/11 | 15 | Grazian, Cynthia & John | Illinois Income Tax Refund-2007 | 1224-000 | 15,491.01 | | 287,360.85 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 345.97 | 287,014.88 |

Page Subtotals        288,245.53        1,230.65

FORM 2

Page: 3
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02309 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | GRAZIAN, CYNTHIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5782 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 000103 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 248.55 | 286,766.33 |
| 08/20/12 | 000104 | Roberta Kramer & Associates, Inc. 1422 West Altgeld Street Chicago, IL 60614 | Appraisal Fee Apprasisal Fee per Order of August 14, 2012. | 3711-000 | | 1,375.00 | 285,391.33 |
| 08/23/12 | 7 | Grazian & Volpe P.C. 5722 W. 63rd Street Chicago, IL 60638 | Sale of Jewelry | 1129-000 | 9,000.00 | | 294,391.33 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 294,391.33 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 6,000.00 | COLUMN TOTALS | 297,245.53 | 297,245.53 | 0.00 |
| Memo Allocation Disbursements: | 2,585.40 | Less: Bank Transfers/CD's | 0.00 | 294,391.33 | |
| | | Subtotal | 297,245.53 | 2,854.20 | |
| Memo Allocation Net: | 3,414.60 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 297,245.53 | 2,854.20 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 6,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,585.40 | Checking - ********2747 | 0.00 | 0.00 | 294,391.33 |
| Total Memo Allocation Net: | 3,414.60 | Money Market Account (Interest Earn - ********5782 | 297,245.53 | 2,854.20 | 0.00 |
| | | | 297,245.53 | 2,854.20 | 294,391.33 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  9,000.00  296,014.88

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-02309 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | GRAZIAN, CYNTHIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5782 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals     0.00     0.00

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02309
Case Name: GRAZIAN, CYNTHIA
Trustee Name: Phillip D. Levey

| Balance on hand | $ |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Charges: Clerk, U.S. Bankruptcy Court | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dunhill Asset Services III, LLC | $ | $ | $ |

      Total to be paid to timely general unsecured creditors     $_____

      Remaining Balance     $_____

      Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE