# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
GRAZIAN, CYNTHIA § Case No. 10-02309
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/11/2012 in Courtroom 644,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth S. Gardner_____
                                            Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GRAZIAN, CYNTHIA § Case No. 10-02309
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 299,830.93 |
| and approved disbursements of | $ | 5,439.60 |
| leaving a balance on hand of[1] | $ | 294,391.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 18,241.55 | $ 0.00 | $ 18,241.55 |
| Trustee Expenses: Phillip D. Levey | $ 153.98 | $ 0.00 | $ 153.98 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 41,670.00 | $ 0.00 | $ 41,670.00 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: International Sureties, Ltd. | $ 138.95 | $ 138.95 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 60,315.53 |
| Remaining Balance | | $ | 234,075.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,010,806.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dunhill Asset Services III, LLC | $ 2,010,806.67 | $ 0.00 | $ 234,075.80 |
| | Total to be paid to timely general unsecured creditors | | | $ 234,075.80 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-02309-PSH
Cynthia Grazian                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 3          Date Rcvd: Nov 19, 2012
                    Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2012.
```
db            #+Cynthia Grazian,    1100 N. Lake Shore Drive,    Unit 33-C,    Chicago, IL 60611-5207
16056046       +1665 Milwaukee, Inc.,    18110 Dixie Highway, Suite 2N,    Homewood, IL 60430-2252
16056048       +1950 North, Inc.,    Lloyd Brooks,,    18110 Dixie Highway, Suite 1N,
                 Homewood, Illinois 60430-2252
16056050       +2412 W. North Avenue, Inc.,    c/o Lloyd Brooks,    18110 Dixie Highway, Ste 2N,
                 Homewood, IL 60430-2252
16056051       +3505 N. Seminary, Inc.,    c/o Lloyd Brooks,    18110 ixie Highway, Ste 2N,
                 Homewood, IL 60430-2252
16056059       +3525 N. Reta, Inc.,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056045       +619 W. Surf, Inc.,    c/o Lloyd Brooks, Esq.,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990840       +Andrew E. Tinberg,    Attn: Forrest B. Lammiman, Esq.,    Meltzer Purtill & Stelle, LLC,
                 300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
16056068       +Andrij Yarymovych,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056053       +Andrzej Krukowski,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990841       +Angelica (Andzelika) Jastrzebska,    Attn: Sanders Law P.C.,    155 N. Michigan Avenue, #9021,
                 Chicago, IL 60601-7713
16056062       +Angelica Jastrzebska,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990843       +Bank of America,    135 S. LaSalle,    Chicago, IL 60603-4157
14990842       +Bank of America,    Attn: Craig E. Reimer, Esq.,    Mayer Brown LLP,    71 S. Wacker Drive,
                 Chicago, IL 60606-4716
16054133       +Bank of America, N.A.,    135 South LaSalle Street,    Chicago, IL 60603-4157,
                 Attn: Colin J. McClary
14990844       +Bud & Gloria Elmore,    180 E. Pearson,    Chicago, IL 60611-2130
14990845       +Chase Credit Card,    1122 N. Clark Street,    Chicago, IL 60610-2857
16056060       +Cortland Tower, LLC.,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990846       +Craig E. Reimer, Esq.,    Mayer Brown LLP,    71 S. Wacker Drive,    Chicago, IL 60606-4716
14990847       +Daniel O. Walsh,    Attn: Forrest B. Lammiman, Esq.,    Meltzer Purtill & Stelle, LLC,
                 300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
16845209       +Dunhill Asset Services III, LLC,    c/o Christopher T. Sheean,    Swanson, Martin & Bell, LLP,
                 330 N. Wabash Ave., Suite 3300,    Chicago, Illinois 60611-3764
14990848       +Federal Deposit Insurance Corporation,    Attn: Gregory K. Watson,
                 500 W. Monroe Street, Suite 3500,    Chicago, IL 60661-3784
14990849        GMAC,    Attn: Customer Service,    P.O. Box 4622,    Waterloo, IA 50704-4622
16056064       +Igor Ralko,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056067       +Ihor Ralko,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056054       +Jadwiga Krukowski,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990850       +James T. Ashack,    Attn: Forrest B. Lammiman, Esq.,    Meltzer Purtill & Stelle, LLC,
                 300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
16056052       +Jerry Koziol,    Lloyd Brooks,    18110 Dixie Highway, Ste 2N,    Homewood, IL 60430-2252
16056063       +Jerry’s Home Construction & Builders, Inc.,    Lloyd Brooks,    18110 Dixie Highway, Suite 2N,
                 Homewod, IL 60430-2252
14990851       +John L. Grazian,    1100 N. Lake Shore Drive,    Unit No. 33-C,    Chicago, IL 60611-1070
16056055       +Klara Krukowski,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056056       +Krystyna Leszczynska,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990852       +MB Financial, as Successor to Inbank,    Attn: Michael Loeffler, Esq.,    Loeffler Thomas Touzalin,
                 500 Skokie Blvd., Suite 260,    Northbrook, IL 60062-2878
18042463       +N. Neville Reid, liquidating trustee of ISB,    Fox, Hefter, Swibel, Levin & Carroll LLP,
                 200 W. Madison, Suite 3000,    Chicago, IL 60606-3417
14990839       +One Nine Five Zero North, Inc.,    Sanders Law P.C.,    155 N. Michigan Avenue, #9021,
                 Chicago, IL 60601-7713
16056057       +Potomac Park Place, Inc.,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056058       +R-Group Investments, Inc.,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
16056065       +Ralko Construction Company, Inc.,    Lloyd Brooks, attorney for Creditor,
                 18110 Dixie Highway, Suite 2N,    Homewood, Illinois 60430-2252
16056066       +Ralko Development, Inc.,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                 Homewood, Illinois 60430-2252
14990853       +Robert R. Romero,    Attn: Forrest B. Lammiman, Esq.,    Meltzer Purtill & Stelle, LLC,
                 300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
14990854       +Robert S. Farnik,    Lloyd Brook,    18110 Dixie Highway, Ste 2N,    Homewood, IL 60430-2252
14990855       +Thomas W. Derobertis,    Attn: Forrest B. Lammiman, Esq.,    Meltzer Purtill & Stelle, LLC,
                 300 S. Wacker Drive, Suite 3500,    Chicago, IL 60606-6704
```

```
District/off: 0752-1           User: corrinal              Page 2 of 3                   Date Rcvd: Nov 19, 2012
                               Form ID: pdf006             Total Noticed: 44

14990856      +United States Attorney,    Northern District of Illinois (for FDIC),
                219 S. Dearborn Street, Fifth Floor,   Chicago, IL 60604-1704
16056061      +Yuriy Fedorak,    Lloyd Brooks, attorney for Creditor,    18110 Dixie Highway, Suite 2N,
                Homewood, Illinois 60430-2252
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16056047       1750 Division, Inc.
16056049       2020 W. Iowa, Inc.
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2012**                         **Signature:**      _Joseph Speetjens_

```
District/off: 0752-1           User: corrinal              Page 3 of 3                   Date Rcvd: Nov 19, 2012
                               Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2012 at the address(es) listed below:
```
              Brad J Pawlowski    on behalf of Debtor Cynthia Grazian brad@go2court.com
              Christopher T Sheean    on behalf of Creditor  Dunhill Asset Services III, LLC, as successor in
               interest to Bank of America, N.A. csheean@smbtrials.com, csheean@smbtrials.com
              Joshua M Grenard    on behalf of Creditor  Bank of America, N.A., Successor to LaSalle Bank
               National Association jgrenard@mayerbrown.com,    courtnotification@mayerbrown.com
              Patrick F Ross    on behalf of Creditor  Federal Deposit Insurance Corporation, as receiver for
               InBank, Oak Forest, Illinois pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com,    plevey@ecf.epiqsystems.com
              Phillip D Levey    on behalf of Plaintiff Phillip Levey levey47@hotmail.com
                                                                                             TOTAL: 7
```