UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                     §
                                           §
                                           §
GRAZIAN, CYNTHIA                           §    Case No. 10-02309
                                           §
                                           §
         Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on           . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Phillip D. Levey_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CROWLEY'S YACHT YARD | | | | | |
| | CROWLEY'S YACHT YARD LAKESIDE, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| YACHTS, INC. | | | | | |
| LEVEY, PHILLIP D. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERTA KRAMER & ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | 1665 MILWAUKEE, INC. | | | | | |
| 000005 | 1750 DIVISION, INC. | | | | | |
| 000006 | 1950 NORTH, INC. | | | | | |
| 000007 | 2020 W. IOWA, INC. | | | | | |
| 000008 | 2412 W. NORTH AVENUE, INC. | | | | | |
| 000009 | 3505 N. SEMINARY, INC. | | | | | |
| 000026 | 3525 N. RETA, INC. | | | | | |
| 000003 | 619 W. SURF, INC. | | | | | |
| 000023 | ANDRIJ YARYMOVYCH | | | | | |
| 000012 | ANDRZEJ KRUKOWSKI | | | | | |
| 000024 | ANGELICA JASTRZEBSKA | | | | | |
| 000018 | CORTLAND TOWER, LLC. | | | | | |
| 000001 | DUNHILL ASSET SERVICES III, LLC | | | | | |
| 000019 | IGOR RALKO | | | | | |
| 000021 | IHOR RALKO | | | | | |
| 000013 | JADWIGA KRUKOWSKI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | JERRY KOZIOL | | | | | |
| 000011 | JERRY'S HOME CONSTRUCTION & BUILDE | | | | | |
| 000014 | KLARA KRUKOWSKI | | | | | |
| 000015 | KRYSTYNA LESZCZYNSKA | | | | | |
| 000016 | POTOMAC PARK PLACE, INC. | | | | | |
| 000017 | R-GROUP INVESTMENTS, INC. | | | | | |
| 000020 | RALKO CONSTRUCTION COMPANY, INC. | | | | | |
| 000022 | RALKO DEVELOPMENT, INC. | | | | | |
| 000002 | ROBERT S. FARNIK | | | | | |
| 000025 | YURIY FEDORAK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02309 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|
| Case Name: | GRAZIAN, CYNTHIA | | |
| For Period Ending: | 03/21/13 | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 01/22/10 (f) |
| 341(a) Meeting Date: | 02/22/10 |
| Claims Bar Date: | 08/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1100 N. Lake Shore Dr., Unit 33B&C, Chicago, IL | 2,100,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 30.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 3. Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD FURNISHINGS | 500.00 | 27,000.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 5. Books, Pictures & Art | 500.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 7. JEWELRY | 2,000.00 | 7,925.00 | | 9,000.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 9. American Funds IRA - #1 | 2,069.93 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 10. American Funds IRA - #2 | 2,069.93 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 11. 401(k) | 105,119.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 12. 8% interest - ISB Holding Company | Unknown | 0.00 | | 0.00 | FA |
| 13. Disability Benefits | 10,000.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 14. Unemployment Compensation Benefits | 2,260.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 15. Income Tax Refunds (u) | 0.00 | 0.00 | | 240,226.84 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 17.01

Case 10-02309   Doc 182   Filed 03/22/13   Entered 03/22/13 14:39:45   Desc Main
Document      Page 9 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 10-02309 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | GRAZIAN, CYNTHIA | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | | | | 341(a) Meeting Date: | 02/22/10 |
| | | | | Claims Bar Date: | 08/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. Sail Boat (u) | 0.00 | 0.00 | | 6,000.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.09 | Unknown |
| 18. Trustee v. Elmore (u) | Unknown | 0.00 | | 44,600.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,226,048.86 | $34,925.00 | | $299,830.93 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12       Current Projected Date of Final Report (TFR): 09/30/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02309 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GRAZIAN, CYNTHIA | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2747  Checking |
| Taxpayer ID No: | *******3247 |  |  |
| For Period Ending: | 03/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/30/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 294,391.33 |  | 294,391.33 |
| 12/16/12 | 010001 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 18,241.55 | 276,149.78 |
| 12/16/12 | 010002 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 |  | 153.98 | 275,995.80 |
| 12/16/12 | 010003 | Clerk, U.S. Bankruptcy Court | Deferred Adversary Filing Fee | 2700-000 |  | 250.00 | 275,745.80 |
| 12/16/12 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 |  | 41,670.00 | 234,075.80 |
| 12/16/12 | 010005 | Dunhill Asset Services III, LLC<br>c/o Christopher T. Sheehan<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash Ave., Suite 3300<br>Chicago, IL  60611 | Claim 000001, Payment 11.64089%<br>(1-1) Amount of claim not less than<br>$2,010,806.67 See Appendix | 7100-000 |  | 234,075.80 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS |  | 294,391.33 | 294,391.33 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's |  | 294,391.33 | 0.00 |  |
|  |  | Subtotal |  | 0.00 | 294,391.33 |  |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 0.00 | 294,391.33 |  |

Page Subtotals     294,391.33     294,391.33

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02309 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | GRAZIAN, CYNTHIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5782  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 | | | |
| For Period Ending: | 03/21/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/11 | 15 | Grazian & Volpe | Income Tax Refund | 1224-000 | 53,677.32 | | 53,677.32 |
| 02/21/11 | 15 | Grazian & Volpe, PC | Income Tax Refund | 1224-000 | 125,925.14 | | 179,602.46 |
| 02/21/11 | | Yachts, Inc. | Sale of Sail Boat | | 3,414.60 | | 183,017.06 |
| | 16 | YACHTS, INC. |     Memo Amount:          6,000.00 | 1229-000 | | | |
| | | | Sale of Sail Boat | | | | |
| | | YACHTS, INC. |     Memo Amount:     (     1,000.00 ) | 2990-000 | | | |
| | | | Commission on Sale of Sail Boat | | | | |
| | | CROWLEY'S YACHT YARD |     Memo Amount:     (     1,585.40 ) | 4210-000 | | | |
| | | | Maritime Lien for Services | | | | |
| 02/28/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 183,017.42 |
| 03/02/11 | 18 | PNTN, Inc. | SETTLEMENT | 1241-000 | 44,600.00 | | 227,617.42 |
| 03/08/11 | 000101 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | 138.95 | 227,478.47 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/31/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.86 | | 227,480.33 |
| 04/27/11 | 15 | Grazian & Volpe PC | Income Tax Refund-2008 | 1224-000 | 40,976.79 | | 268,457.12 |
| 04/29/11 | 17 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 1.87 | | 268,458.99 |
| 05/08/11 | 000102 | Crowley's Yacht Yard Lakeside, LLC | Outstanding Invoice Re Boat Cradle | 4210-000 | | 400.00 | 268,058.99 |
| | | 3434 East 95th Street | Debtor's spouse advised me via e-mail that debtor | | | | |
| | | Chicago, IL  60617 | owned boat cradle. After sale of boat and cradle to | | | | |
| | | | third party, Crowley's Yacht Yard Lakeside, LLC | | | | |
| | | | advised me that it was sold on an installment basis | | | | |
| | | | and that there was a $400.00 balance due Crowely's | | | | |
| | | | on the purchase. | | | | |
| 09/29/11 | 15 | Grazian & Volpe | Tax Refund-Illinois 2008 | 1224-000 | 4,156.58 | | 272,215.57 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 345.73 | 271,869.84 |
| 11/06/11 | 15 | Grazian, Cynthia & John | Illinois Income Tax Refund-2007 | 1224-000 | 15,491.01 | | 287,360.85 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 345.97 | 287,014.88 |

Page Subtotals     288,245.53     1,230.65

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02309 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GRAZIAN, CYNTHIA | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5782  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 | | |
| For Period Ending: | 03/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 000103 | International Sureties, Ltd.<br>701 Poydras Street<br>New Orleans, LA  70139 | Blanket Bond<br>Bond # 016026455 | 2300-000 | | 248.55 | 286,766.33 |
| 08/20/12 | 000104 | Roberta Kramer & Associates, Inc.<br>1422 West Altgeld Street<br>Chicago, IL  60614 | Appraisal Fee<br>Apprasisal Fee per Order of August 14, 2012. | 3711-000 | | 1,375.00 | 285,391.33 |
| 08/23/12 | 7 | Grazian & Volpe P.C.<br>5722 W. 63rd Street<br>Chicago, IL  60638 | Sale of Jewelry | 1129-000 | 9,000.00 | | 294,391.33 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 294,391.33 | 0.00 |

|  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 6,000.00 | COLUMN TOTALS | 297,245.53 | 297,245.53 | 0.00 |
| Memo Allocation Disbursements: | 2,585.40 | Less:  Bank Transfers/CD's | 0.00 | 294,391.33 | |
| | | Subtotal | 297,245.53 | 2,854.20 | |
| Memo Allocation Net: | 3,414.60 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 297,245.53 | 2,854.20 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 6,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 2,585.40 | Checking - ********2747 | 0.00 | 294,391.33 | 0.00 |
| | | Money Market Account (Interest Earn - ********5782 | 297,245.53 | 2,854.20 | 0.00 |
| Total Memo Allocation Net: | 3,414.60 | | 297,245.53 | 297,245.53 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        9,000.00        296,014.88

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02309 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GRAZIAN, CYNTHIA | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******5782  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3247 |  |  |
| For Period Ending: | 03/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*